UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JAMES BATON
    Plaintiff
  -against-

~~[redacted]~~,
Federal Bureau of Prisons;
John/Jane Doe Director
of Bureau of Prisons;
Former Correction officers
Jeremy Monx, Quondo Joseph
Et Al.
    Defendants

AMENDED
42 U.S.C. § 1983
24-CV-1925 (LTS)
TRANSFER ORDER
RENAMED:
BIVENS ACTIONS
28 U.S.C. § 1331
(2), JURY TRIAL
Demanded

"COVER LETTER"

NAME OF PLAINTIFF: JAMES BATON
NAME OF DEFENDANT: The UNITED STATES
NAME OF DEFENDANT: FEDERAL BUREAU OF PRISONS John/Jane Doe Director of B.O.P.
NAME OF DEFENDANT: Former Correction officer Jeremy Monx
NAME OF DEFENDANT: Quondo Joseph
Date of Incident: 7-16-2020 - 4-16-2024 to present date
Place of Incident: MDC Brooklyn units 71, 53, 43, 42, SHU To U.S.P. Canaan and elsewhere Social Media etc.
Did you file a grievance? YES
Page: 1 of 3, Cover letter Bivens Actions

verbally over the phone and in person.

What was the outcome? An investigation ensued and as a result defendants Jeremy Monn, and Quondo Joseph were arrested, charged and convicted for bribing Plaintiff

What injuries did you sustain? Internal bleeding, hemorrhoids, Migrains, Flashbacks, P.T.S.D., humiliation, and defamation of Character, lost of sleep, nightmares and a case of paranoia. Scar tissue in the rectum

What did medical treatment do? Prescribe Prep-H-ointment, Ibuprophen and therapeutic counseling from psychology to no avail.

What are you seeking for your injuries/damages? Compensatory and Punitive damages to Wrd 150,000,000 in total in their individual and official capacity. Compassionate release

Page: 2 of 3, COVER LETTER BIVENS ACTION

18 U.S.C. § 3582(c)(2), U.S.S.G. 1B1.13 (b)(6) other: "VICTIM OF ABUSE Relocate him and family.

James Baxton
James Baxton
#33576-058
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Page: 3 of 3, COVER LETTER BIVENS ACTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES BAXTON
    Plaintiff

-Against-

UNITED STATES;
Federal Bureau of Prisons
John/Jane Doe Director
of Federal Bureau of Prisons;
Former correction officers
Jeremy Monx, Quondo Joseph
Et Al.
    Defendants

AMENDED
42 U.S.C. 1983
24-CV-1925 (LTS)
TRANSFER ORDER
RENAMED: BIVENS
ACTIONS 28 U.S.C.
§ 1331(a)

Plaintiff James Baxton, Pro se litigant respectfully move to ask this honorable court to allow him to file this amended BIVENS ACTIONS 28 U.S.C. § 1331(a) with this court. In addition Plaintiff James Baxton respectfully ask this honorable court to file this amended complaint as timely filed as the original 42 U.S.C. § 1983 was filed in a timely manner see. 24-CV-1925 (LTS) TRANSFER ORDER that was electronically filed in this court.

Page: 1 of 14) BIVENS ACTIONS 28 U.S.C. § 1331(a)

## Cause of Action
### "Claim"

1) Plaintiff James Baxton claim that the "cause of action" stem from the UNITED STATES Government along with it's employees Federal Bureau of Prisons; the Director of Federal Bureau of Prisons John/Jane Doe, and former Correction officer's Jeremy Monk, and Quondo Joseph who worked and acted purportedly under federal law while at the Metropolitan Detention Center Brooklyn [Hereinafter MDC Brooklyn] did afflict Cruel and unusual punishment on Plaintiff Baxton while he was an inmate detained at MDC Brooklyn's unit 71, 53, 43, 42 etc. from about 7-16-2020, throughout 4-10-2021, and to date their Cruel and unusual punishment in violation of his 8th amendment under the UNITED STATES CONSTITUTION Continues to date/present

Page: 2 of 14, BIVENS ACTIONS 28 U.S.C. § 1331(a)

2) Plaintiff Baxton, contends that upon admission at MDC Brooklyn that he was issued a rule book that outlined in pertinent part that he is to follow all directions ordered/given and instructed by staff and upon signing this receipt acknowledging his receiving the rule book(s) he entered into a contract that binded him to abide by all instructions issued by a staff member at MDC Brooklyn which he did on 7-16-2020 in unit 71 when then correction officer Jeremy Monx handed plaintiff Baxton three balloons of drugs (marijuana) that contained at least four ounces of marijuana and demanded that plaintiff Baxton have his ex girlfriend pay him Jeremy Monx $4,000.00 and then threatened plaintiff when he said "Don't try anything foul. I know where your family live and I know

Page: 3 of 14; BIVENS ACTIONS 28 U.S.C. §1331 (a)

everything about you." Jeremy Monx also threatened Plaintiff Baxton when he ordered him to "stuff this up your ass. If you get caught with this your ass is mines". Plaintiff Baxton made a verbal objection when he said in reply "I can't stuff this up my ass. I don't be doing that, and I don't want to do this because I'm innocent of the crime I'm wrongfully convicted of and got 20 years for" Jeremy Monx said "you heard me, get caught with my shit and that's your ass" Plaintiff took the implied threat as if he would be raped by Jeremy Monx if he didn't comply with his direct order which violated Plaintiffs U.S.C.A. 8th rights. Plaintiff complied and got Jeremy Monx his $4,000.

3) Plaintiff Baxton contends that Jeremy Monx collected his $4,000.00

Page: 4 of 14; BIVENS ACTIONS 28 U.S.C. § 1331 (a)

and then brought plaintiff more contraband that is more ounces of marijuana, with suboxins, tobacco, and thumb size and I.D. size cell phones in which he ordered plaintiff to "stuff up your ass". Plaintiff protested when he said "I can't keep on doing this, it's causing me internal bleeding and hemorrhoids and I'm too embarrassed to complain to medical because I don't want them thinking I was getting fucked." Jeremy Monn laughed and walked away leaving plaintiff in pain.

4) On 12-5-2020 while in MDC Brooklyn unit 42 Quondo Joseph a Correction officer placed a note on Plaintiff's cell window that read "your getting a cell search" Some time afterward Quondo Joseph opens plaintiff's cell door and hands him a bed roll

Page: 5 of 14, BIVENS ACTIONS 28 U.S.C. § 1331 (2)

without Plaintiff's knowledge of why he was given a blanket, sheets etc. when he already had a bed roll. Without question plaintiff tossed the bed roll onto his bed, and soon thereafter Supervising Investigating Staffs Portnoy and Livingston entered unit 42 and began their trex up their stairs towards Plaintiff's cell. Plaintiff went to lie down, and in order to, he had to unravel the bed roll and that's when contraband fell out. This was marijuana, suboxins, tobacco and phones in which Plaintiff began to flush down the toilet. S.I.S. Portnoy and S.I.S. Livingston, opened Plaintiff's cell door and pulled him out. S.I.S. Livingston entered, and discovered one of the new cell phones delivered by C.O. Joseph. Plaintiff Baxton was escorted the Special housing unit and while enroute

Page: 6 of 15, BIVENS ACTIONS 28 U.S.C. § 1331(a)

C.O. Joseph asked "Do yall need me to help yall with this stupid nigger?" "No" S.I.S. Portnoy said in reply

5) While in S.H.U. Plaintiff contacted via phone someone up in the regional or central office and filed a verbal complaint against corrupt officer's Jeremy Monk and Quondo Joseph who bribed, coered and threatened Plaintiff to either sell, smuggle and secrete their contraband while in MDC Brooklyn against Plaintiffs agreement; and how C.O. Quondo Joseph set Plaintiff up with contraband.

6) Someone from the office made a visit to see Plaintiff at MDC Brooklyn. He was Caucasian in a suit, and he was with Captain White, S.I.S. Portnoy and S.I.S. Livingston. Plaintiff explained all the abuse that C.O. Monk

Page: 7 of 14) BIVENS ACTION= 28 U.S.C. §1331(a)

and C.O. Joseph afflicted on his person. An investigation ensued.

7) While in unit 4/3, C.O. Joseph wrote Plaintiff a note indicating that Plaintiff owe him $12,000.00 and after this their dealings were over. Plaintiff turned this evidence over to S.I.S. Portnoy to adduce merit to his claims of abuse being afflicted upon him by these corrupt officer's

8) While in unit 4/3 Jeremy Moxx stated to Plaintiff "I heard you received a visit from a white guy in a suit?" Shortly afterwards C.O. Moxx, and C.O. Joseph labeled Plaintiff a snitch/rat, and placed a hit out on Plaintiffs life. Inmate Guerra, on 2-12-2021 attempted to take the hit out on Plaintiffs life when he said "snitch" to Plaintiff. Plaintiff in response slapped

Page: 8 of 14, BIVENS ACTIONS 28 U.S.C. § 1331 (8)

Guerra about 18 times in the face and once in Plaintiffs cell Guerra crawled under plaintiffs bed. The on duty C.O. intervened and escorted Plaintiff to the S.H.U.

9) Plaintiff was then placed on heightened security status due to these officers labling him a snitch and for placing a hit on his life. On about 4-10-2021 Plaintiff was transferred.

10) On about 2022/2023 defendants Monx, and Joseph were arrested and after pleading guilty to bribing Plaintiff they were convicted.

11) Plaintiff contends that someone via quondo Joseph and Jeremy Monx released their PSR which states "Inmate #7 Grown reported their illegal activities to S.I.S. Portnoy."

Page: 9 of 14, BIVENS ACTIONS 28 U.S.C. § 1331 (a)

This was spitefully done to have Plaintiff labled a snitch/rat in which thousands of viewers of the PSR on social media did paste Plaintiff's mugshot with statements and rodent pictures all over Plaintiff's face who A.K.A. is CROWN...

(12) On 2-15-2024 at U.S.P. Canaan's S.H.U. S.I.S. Bayment and Lt. Osner did show Plaintiff the P.S.R. of Quondo Joseph's and all the social media posts. In addition they revealed countless of E-mails being exchanged throughout the FBOP by inmates speaking about Plaintiff being a snitch/rat, and how they the S.I.S. claim Plaintiff's life is now in danger by not only inmates but also by officer's who don't like the fact that Plaintiff got their co-workers locked up. Plaintiff explained "I never told on any inmates, I only reported their abuse on

Page:10 of 14, BIVENS ACTIONS 28 U.S.C. § 1331(a)

me in which I got a right to redress."

13) Plaintiff Baxton claim that as an inmate being detained in MDC Brooklyn as ordered by the United States Government Federal Bureau of Prisons and overseered by the federally employed correction officers he had a constitutional 8th amendment right to be protected by these employees, and from cruel and unusual punishment. Instead he was abused by federally employed correction officer's Jeremy Munn and Qwando Joseph who operated under the direction of the Director John/Jane Doe of the FBOP, and the U.S.
This satisfies this reason for cause of action that commenced this BIVENS ACTIONS 28 U.S.C. § 1331(2) which also satisfies the jurisdiction

Page: 11 of 17, BIVENS ACTIONS 28 U.S.C. 1331(2)

prong since this cause of action did accrue in the MDC Brooklyn Eastern District of New York.

what Injuries Did you Sustain as a result of this incident?

1) Plaintiff, Baxton sustained Internal bleeding, hemorrhoids, Migrains, Post Traumatic stress Disorder, Loss of sleep, nightmares, flash backs, scarred rectum tissue. Defomation/humiliation

what medical attention did you receive?

1) out of fear of retribution and humiliation Plaintiff kept a lot of this injury to himself and when he did report hemorrhoids he was given Prep-H ointment and ordered to purchase his own from Canteen. He does receive Psychological therapeutic Counseling to no avail

Page: 12 of 14, BIVENS ACTIONS 28 U.S.C. 1331

Plaintiff also receive IBUPROPHEN.

For your Damages what do you relief seek?

1) Plaintiff Saxton seek compensatory damages be compensated him from all defendant's in their individual and official capacity a total sum of one hundred million dollars U.S. Currency $100,000,000.00 for his injuries and for future injuries

2) Plaintiff request he be granted by defendants Compassionate release immediately while this complaint is pending for this complaint is laden with "victim of abuse" and extra ordinary compelling reasons which is required under 18 U.S.C. § 3582 (C)(1), U.S.S.C. 1 B 1.13 (B)(6)

3) Plaintiff request that he be compensated fifty million dollars for Punitive damages from the named defendants in their

Page: 13 of 14, BIVENS ACTIONS 28 U.S.C. § 1331(a)

individual and official capacity for the injuries they caused and for plaintiff to defray the cost to relocate him, and his family that's also in danger because of defendants threats on their life.

4) Plaintiff request that the defendants turn over all investigation reports/video footage that's apropos to plaintiff and defendants Jeremy Monk, Quondo Joseph, S.I.S. Portnoy investigation regarding this matter so plaintiff can address merit to his claim. He want all reports/videos, PSR, phone calls, texts turned over to the Courts Honorable Judge that's presiding over this case to bare witness to plaintiffs claims of abuse.

Sworn Affidavit/Affirmation

I James Baxton do solemnly swear under the penalties of perjury that all that's stated the 42 U.S.C. 1983/Bivens Actions Civil complaint is true and correct to my belief and I am willing to attest to this under oath in a court and under the penalty of perjury.

Respectfully Submitted

James Baxton
James Baxton

Date: 4-25-2024

33576-058
U.S.P. Canaan
P.O. Box 300
Waymart PA 18472

"Certificate of service"

I Plaintiff James Bapton do hereby certify that I did place an amended 42 U.S.C. 1983 BIVENS 28 U.S.C. § 1331(a) action in a self addressed and stamped manilla envelope to be certified mail to the Eastern District court of New York Theodore Roosevelt United States Court House 225 Cadman Plaza East, Room 1185 Brooklyn N.Y. 11201-1818, on 4-15-2024 via the counselor in USP Canaan S.H.U. to be mailed via legal mail

Date: 4-15-2024

James Bapton
JAMES BAPTON
#33576-058
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

MR. BAXTON, J #33576-058
USP CANAAN
P.O. BOX 300
WAYMART, PA 18472



TO: ATTN: PRO SE OFFICE
CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST, ROOM 1185
BROOKLYN NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2024 ★
BROOKLYN OFFICE

USMS

LEGAL MAIL